# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | EDCV 17-0855-DSF (JEM) | Date | July 11, 2017 |
| Title | CHAKA GILBERT v. COALINGA STATE HOSPITAL | | |

Present: The Honorable  John E. McDermott, United States Magistrate Judge

| S. Anthony | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:** (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL FOR FAILURE TO PROSECUTE

May 30, 2017, the Court issued a Memorandum and Order Dismissing Petition With Leave to Amend, which directed Plaintiff to file a First Amended Petition ("FAP") within thirty (30) days of the date of the order. (Docket No. 3). To date, Plaintiff has not file a FAP.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE why this action should not be dismissed for failure to prosecute and failure to comply with a court order.

Plaintiff shall file a written response to this Order to Show Cause no later than **July 25, 2017**.[1] Plaintiff's failure to respond in writing to the Order to Show Cause by the deadline will result in a recommendation that this action be dismissed for failure to prosecute and failure to comply with a court order.

Filing of a FAP consistent with the requirements of the May 30, 2017 Order shall be a satisfactory response to the Order to Show Cause. No extensions of this deadline will be granted absent extraordinary circumstances.

cc: Parties

|  |  : |
|---|---|
|  | Initials of Preparer  sa |

---

[1] Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, oral argument on this Order to Show Cause will not be heard unless ordered by the Court. Upon the filing of a Response, the Order to Show Cause will stand submitted.